HONORABLE BRIAN A. TSCUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| NELSON DESIGN GROUP, LLC, an Arkansas Limited Liability Company, | ) <br> ) Case No. 2:23-cv-00275-BAT <br> ) |
| Plaintiff, | ) <br> ) **JUDGMENT AND ORDER** |
| vs. | ) <br> ) |
| OBROCK COX, PLLC, et al, a Washington Limited Liability Company, | ) <br> ) <br> ) |
| Defendants | ) <br> ) |

### I. JUDGMENT SUMMARY

| **Judgment Creditor** | NELSON DESGIN GROUP, LLC |
|---|---|
| **Judgment Debtors** | OBROCK COX, PLLC, JOHN PAUL COX, DAVID DANTON, JULIE DANTON, INSPIRE HOMES, LLC, TAYSO CONSTRUCTION, LLC, TAYSO HOMES, LLC |
| **Principal Judgment Amount** | $1,597.50 |
| **Prejudgment Interest to Date** | $N/A |
| **Total Judgment** | $1,597.50 |

ORDER - 1
Case No. 2:23-cv-00275-BAT

COGDILL NICHOLS REIN
WARTELLE ANDREWS
3232 ROCKEFELLER AVENUE
EVERETT, WA 98201
PHONE: (425) 259-6111
FAX:   (425) 259-6435

| Interest Rate for Judgment | 4% |
|---|---|
| Attorneys for Judgment Creditor | Stephen D. Schrantz & William W. Mitchell |
| Attorney for Judgment Debtor | Caroline Fichter |

This matter came before the Court on Plaintiff's *ex-parte* Motion for entry of judgment against all Defendants. The Court considered the papers and pleadings filed in this matter, and the Declaration filed in support of Plaintiff's motion.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion is **GRANTED**.

2. Judgment is entered in favor of Plaintiff NELSON DESGIN GROUP, LLC against Defendants Obrock Cox, PLLC, John Paul Cox, David Danton, Julie Danton, Inspire Homes, LLC, Tayso Construction, LLC, and Tayso Homes, LLC, jointly and severally, in the amount of $1,597.50.

3. This amount shall bear interest at 4%.

Dated this 18th day of September, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

*ORDER - 2*
*Case No. 2:23-cv-00275-BAT*

Cogdill Nichols Rein
Wartelle Andrews
3232 Rockefeller Avenue
Everett, WA 98201
Phone: (425) 259-6111
Fax: (425) 259-6435

Presented by:

COGDILL NICHOLS REIN
WARTELLE ANDREWS

/s/William W. Mitchell
William W. Mitchell
WSBA #44301
Cogdill Nichols Rein Wartelle Andrews
3232 Rockefeller Ave
Everett, WA 98201
(425) 259-6111
wills@cnrlaw.com
Attorney for Nelson Design Group, LLC


/s/ Stephen D. Schrantz
Stephen D. Schrantz
AR Bar No. 2006215
Schrantz Law Firm, PLLC
1000 E. Matthews, Suite C
Jonesboro, AR 72401
Telephone:  870-897-3022
steve@schrantzlaw.com
Attorney for Nelson Design Group, LLC
Admitted Pro Hac Vice

ORDER - 3
Case No. 2:23-cv-00275-BAT

COGDILL NICHOLS REIN
WARTELLE ANDREWS
3232 ROCKEFELLER AVENUE
EVERETT, WA 98201
PHONE: (425) 259-6111
FAX:   (425) 259-6435